Argued and submitted October 19, affirmed November 28, 2007

In the Matter of the Compensation of
Sherrel R. Hawkins, Claimant.

## SAIF CORPORATION
and Valley River Inn,
*Petitioners,*

*v.*

## Sherrel R. HAWKINS,
*Respondent.*

Workers' Compensation Board
0303541; A133265

172 P3d 285

Jerome P. Larkin, Special Assistant Attorney General, argued the cause and filed the opening brief for petitioners. With him on the reply brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Christopher D. Moore argued the cause for respondent. With him on the brief was Malagon, Moore & Jensen.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

Affirmed. *Freightliner LLC v. Holman*, 195 Or App 716, 98 P3d 1165 (2004).